938

No. 1149, Misc. POLLINO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Benjamin Harmatz* for petitioner.

No. 1141, Misc. SPINNEY *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1162, Misc. STEPNEY *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 1167, Misc. KALEC *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1175, Misc. MARTIN *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 1181, Misc. CLARK *v.* PATE, WARDEN, ET AL. Circuit Court of Will County, Illinois. Certiorari denied.

No. 1182, Misc. HERNANDEZ *v.* EYMAN, WARDEN, ET AL. Supreme Court of Arizona. Certiorari denied.

No. 1192, Misc. JOHNSON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1193, Misc. NASH *v.* REINCKE, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *John F. McGowan* for respondent.

No. 1198, Misc. SEAY *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 1213, Misc. CARROLL *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 1216, Misc. CONWAY *v.* SAN QUENTIN PRISON OFFICIALS ET AL. C. A. 9th Cir. Certiorari denied.